

★ ★ ★             ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00051-CV

## IN RE CLICK

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Karen Angelini, Justice
                  Rebecca Simmons, Justice
                  Marialyn Barnard, Justice

Delivered and Filed: January 27, 2010

PETITION FOR WRIT OF MANDAMUS AND MOTION FOR EMERGENCY RELIEF DENIED

On January 20, 2010, relator filed a petition for writ of mandamus and a motion for emergency relief. The court has considered relator's petition for writ of mandamus and the emergency motion and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CI-11744, styled *In the Interest of S.S.C.,* in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding. However, the order complained of was signed by the Honorable David Peeples, Presiding Judge, Fourth Administrative Judicial Region.